IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JANET JAMISON,<br><br>             Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORP., et al.,<br><br>             Defendants. | **ORDER**<br><br><br><br><br><br>Case No. 2:07-cv-629 TC |

The court referred this case to United States Magistrate Brooke Wells pursuant to 28 U.S.C. § 636(b)(1)(B).  On October 30, 2007, Judge Wells issued a Report and Recommendation, recommending that the case be dismissed because Plaintiff Janet Jamison's allegations were "frivolous, lacking in merit and ris[ing] to the level of the irrational or wholly incredible."  (Report & Recommendation, Oct. 30, 2007, at 2.)

Ms. Jamison has objected to Judge Wells's Report and Recommendation, and requests that the court not dismiss the Amended Complaint.

After conducting a de novo review of the issues, the court agrees with Judge Wells's recommendation. Accordingly, the Report and Recommendation is adopted as the order of this court and Ms. Jamison's Amended Complaint is DISMISSED.

Finally, the court refers to the clerk of the court Judge Wells's recommendation that the court "consider placing [Ms.] Jamison on the restricted filer list."  (Id. at 4.)

SO ORDERED this 15th day of November, 2007.

BY THE COURT:

TENA CAMPBELL
Chief Judge